**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEFFREY HILDEBRAND, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | NO.: |
| | ) | |
| vs. | ) | |
| | ) | |
| AETNA HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT**

AND NOW come Plaintiff, JEFFREY HILDEBRAND, by and through his attorney

BERNARD C. CAPUTO, ESQUIRE and complain upon a cause of action whereof the following

is a statement:

**JURISDICTION AND VENUE**

1)      This is an action for equitable and legal relief brought under the Employee

Retirement Income Security Act, 29, U.S.C. §1001 et seq.

2)      Jurisdiction of this court is invoked pursuant to 28 U.S.C. §1331 and 29 U.S.C.

§1132.

3)      Venue is proper in this district because this is where the breach took place and at

least one of the defendants may be found here.

**PARTIES**

4)      Plaintiff JEFFREY HILDEBRAND is an individual who reside at 3854 37th Street Ext, Beaver Falls, Beaver County, Pennsylvania 15010.

5)      Defendant AETNA HEALTH, INC. is an insurance company licensed to do business in the Commonwealth of Pennsylvania with a principal place of business located at 980 Jolly Road, Blue Bell, Montgomery County, Pennsylvania 19422-0746.

6)      At all times material hereto Defendant Aetna Health, Inc. acted by and through its authorized agents, servants and employees who were acting within the scope of their authority and on the business of said Defendant and under the direct supervision and control of said Defendant.

7)      At all times material hereto, Aetna was in the business of providing health insurance coverage to individuals in the Commonwealth of Pennsylvania through various plans, including Aetna Choice POS.

8)      At all times material hereto, Jeffrey Hildebrand was covered under the Aetna Choice POS plan, member identification No. W189705096.

9)      Plaintiff Jeffrey Hildebrand was born on December 22, 1960.

**FACTS**

10)    On or about May 8, 2012, Plaintiff was involved in an automobile accident with a tractor trailer, owned by Active Transport, on State Route 65 in the Borough of East Rochester, Beaver County.

11)    Plaintiff sustained multiple injuries to his head, back, spine, chest, and right upper extremity, necessitating extensive medical care, causing him to incur large medical expenses.

12)    Plaintiff's automobile insurance carrier, USAA Casualty Insurance Company, exhausted their medical benefit limits, and all further benefits had to be submitted through Plaintiff's health insurance, Defendant Aetna.

13)    Defendant Aetna was advised of the exhaustion of the auto medical benefits on multiple occasions.

14)    Defendant Aetna continually denied payment of Plaintiff's unpaid medical bills for the following:

|    | **Medical Provider** | **Date of Service** | **Amount** |
|----|----------------------|---------------------|------------|
| a. | Heritage Valley Emergency Medicine | 5/8/12 | $443.00 |
|    |                      | 5/10/12 | $182.00 |
| b. | Heritage Valley – Beaver | 5/8/12 | $1,937.00 |
|    |                      | 5/10/12 | $540.00 |
|    |                      | 7/7/12 | $1,848.00 |

c.      EMPI                                          9/4/12                    $725.00

## CAUSES OF ACTION

## COUNT I:  DENIAL OF PLAN RIGHTS AND BENEFITS

15)     Plaintiff is entitled under the Plan to medical benefits and is being denied those benefits in violation of the Plan documents.

WHEREFORE, pursuant to 29 U.S.C. §1132(a)(1)(B), the Plaintiff requests equitable and legal relief to

      (a)      clarify his rights to past benefits under the terms of the Plan;

      (b)      recovery benefits due to him under the terms of the Plan;

      (c)      enforce his rights under the terms of the Plan;

      (d)      enjoin Aetna to declare his eligible for said medical benefits;

      (e)      award costs and reasonable attorney's fees.

## COUNT II:  BREACH OF FIDUCIARY DUTY

16)     Aetna's decision on plan administration for the Plaintiff's claim was a breach of its fiduciary duty to act solely in the interest of the Plan's participants and beneficiaries and to act in accordance with the Plan documents.

WHEREFORE, pursuant to 29 U.S.C. §1132(a)(1)(B), the Plaintiff requests equitable and legal relief to

(a)     clarify his rights to past benefits under the terms of the Plan;

(b)     recovery benefits due to him under the terms of the Plan;

(c)     enforce his rights under the terms of the Plan;

(d)     enjoin Aetna to declare him eligible for said medical benefits;

(e)     award costs and reasonable attorney's fees.

CAPUTO COX & SCHWARZWAELDER

BY/s/Bernard C. Caputo
    Bernard C. Caputo, Esquire
    Attorney for Plaintiff

801 Vinial Street
Third Floor
Pittsburgh, PA 15212
(412) 231-7529
Attorney's ID# 58819

bcaputolaw@aol.com